HIND STEEL WIRE WORKS, APPELLANT, v. MICHAEL
YANNONE, RESPONDENT.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *William P. Braun.*

For the respondent, *Gross & Steinberg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—TRENCHARD, LLOYD, CASE, DONGES, BROGAN, VAN BUSKIRK, DEAR, WELLS, KERNEY, JJ.  9.

*For reversal*—None.